[No. 42063-5-II.   Division Two.   April 3, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD KINSWA, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-1-00325-2, Nelson E. Hunt, J., entered April 27, 2011. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren and Johanson, JJ.

[No. 29303-3-III.   Division Three.   April 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS ALAN PITTS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 08-1-01782-1, Michael E. Schwab, J., entered August 13, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Siddoway, A.C.J., and Brown, J.

[No. 30487-6-III.   Division Three.   April 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY KELLY ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-04546-3, Katherine M. Stolz, J., entered October 8, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 30509-1-III.   Division Three.   April 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLIE JO FELLAS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 09-1-00153-6, George L. Wood, J., entered November 16, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, C.J., and Siddoway, J.